

**GUTMAN VASILIOU LLP**

Mark Gutman, Esq.
Partner
mgutman@gvllp.com
Phone 212-282-9862

Anthoula Vasiliou, Esq.
Partner
avasiliou@gvllp.com
Phone 212-282-9863

July 22, 2025

**VIA ECF**

Honorable Paul A. Engelmayer
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

    Re: L.W. et al v. New York City Department of Education
       Case No: 24-cv-09701-PAE

Dear Judge Engelmayer:

    I have received the Certified Administrative Record from the Office of State Review. I am requesting permission to file it under seal as it contains personal information about the minor, L.C.W.

Very truly yours,

*Mark Gutman*

Mark Gutman
Attorney for the Plaintiffs

The Court authorizes the parties to file, on the public record, a redacted version of the administrative record, and to file under seal the administrative record in unredacted form.
SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: July 23, 2025
      New York, New York