**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
L.W. and K.C., individually and on behalf of
L.C.W., a child with a disability,

                            Plaintiffs,

        -against-                            24 **CIVIL** 9701 (PAE)

                                         **JUDGMENT**

NEW YORK CITY DEPARTMENT OF
EDUCATION,

                            Defendant.
-----------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Opinion and Order dated March 19, 2026, the Court has denied the parents'

motion for summary judgment and has granted DOE's cross-motion for summary judgment;

accordingly, the case is closed.

**Dated:** New York, New York

        March 19, 2026

                                      **TAMMI M. HELLWIG**

                                        **Clerk of Court**

              **BY:**                K. Mango

                                        **Deputy Clerk**